CHARLES SILVERS et al., Doing Business under the Name of ADAMS ENGINEERING COMPANY, Respondents, v. MARTIN KATZ et al., Doing Business under the Name of BADGER ALUMINUM EXTRUSIONS, Appellants.— In an action to recover damages for breach of contract and for other relief, the court denied plaintiffs' motion for summary judgment under rule 113 or for partial summary judgment under rule 114 of the Rules of Civil Practice, but on its own motion granted a preference in order of trial. Defendants appeal from the order insofar as it grants the preference. Order, insofar as appeal is taken, affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH PRIMAVERA, Relator, against COMMISSIONER OF CORRECTION et al., Respondents.— Writ dismissed and relator remanded to the custody of the Warden of the City Prison, Brooklyn, 149 Ashland Place, Brooklyn, New York. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.